**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 12-8028**

————————

GLORBMAN LAMONT BROWN,

             Plaintiff - Appellant,

        v.

J. EWART, CLASSIFICATION OFFICER; NURSE MORGAN; MASTER
DEPUTY FAGGART; OFFICER A. LANE; LIEUTENANT LANE,

             Defendants - Appellees.

————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Catherine C. Eagles,
District Judge. (1:09-cv-00573-CCE-LPA)

————————

Submitted: March 28, 2013              Decided: April 2, 2013

————————

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Glorbman Lamont Brown, Appellant Pro Se. Kenneth Ray Raynor,
TEMPLETON & RAYNOR, Charlotte, North Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glorbman Lamont Brown appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brown v. Ewart</u>, No. 1:09-cv-00573-CCE-LPA (M.D.N.C. Oct. 30, 2012; Jan. 28, 2013).[*] We deny Brown's motion to appoint counsel. We deny Appellees' motion to dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We construe Brown's "Traverse to Defendants Motion to Dismiss Appeal" as a timely notice of appeal from the district court's final order.